# ELECTRONIC RECORD

COA # __06-13-00256-CR__     OFFENSE: __21.11__

STYLE: Matthew Ryan Jerry Vanover v. The State of Texas     COUNTY: __Hunt__

COA DISPOSITION: __AFFIRMED__     TRIAL COURT: __196th District Court__

DATE: __09/03/14__     Publish: __No__    TC CASE #: __28,845__

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Matthew Ryan Jerry Vanover v. The State of Texas     CCA #: __1383-14__

_____PRO SE_____ Petition     CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE: _____

_____REFUSED_____     JUDGE: _____

DATE: __02/25/2015__     SIGNED: _____    PC: _____

JUDGE: _Per Curiam_     PUBLISH: _____    DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**